United States District Court
Southern District of Texas
FILED

AUG 0 9 2002

Michael N. Milby
Clerk of Court

B-02-019

## MISCELLANEOUS

DANNY DANIEL

VS.

STATE OF TEXAS

§
§
§
§
§
§
§
§
§
§

IN THE UNITED
STATES COURT FOR
THE SOUTHERN
DISTRICT OF TEXAS

### HABEAS CORPUS

TO THE HONORABLE JUDGE OF SAID COURT COMES NOW, DANNY DANIEL PETITIONER AND FILED THROUGH HIMSELF HABEAS CORPUS IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS PURSUANT TO TEXAS CONSTITUTION ARTICLE 1 SEC. 12 AND IN SUPPORT OF THIS HABEAS CORPUS WOULD SHOW AS FOLLOWS:

#### I.

PETITIONER WAS ARRESTED ON THE 7th DAY OF MAY in 2002 AND HAS BEEN IN CUSTODY, THE CONSTITUTIONAL GAURANTY AND THE STATUTES ENACTED TO IMPLEMENT IT, IS TO PROTECT THE ACCUSED AND UNDUE LENGTH OF TIME OR PREVENT UNREASONABLE DELAY.

#### II.

PETITIONER HAS BEEN IN CUSTODY FOR MORE

(cont'd)

(cont'd)

THAN 90 DAYS FOLLOWING THE DATE SPECIFIED IN THE RULE AND HIS TRIAL HAS NOT YET COMMENED UPON THIS HABEAS CORPUS PETITIONER IS REQUESTING TO BE RELEASED ON MY PROMISE TO APPEAR. UNIT R CRIM P RULE 722(b)

### III.

UNDER A STATUE PROVIDING THAT EVERY PERSON IN CUSTODY IN THE STATE FOR AN ALLEGED OFFENSE MUST BE TRIED WITHIN A SPECIFIED NUMBER OF DAYS FROM THE DATE HE WAS TAKEN INTO CUSTODY, UNLESS THE DELAY IS OCCASIONED BY THE PETITIONER. PETITIONER WHO IS HELD IN CUSTODY FOR MORE THAN STATUTORY PERIOD IS ENTITLED TO BE DISCHARGED (PEOPLE VS. MARKWOOD 108 III APP 2d 468, 287 NE 2d 914)

### CERTIFICATE OF SERVICE

I DANNY DANIEL DO HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING HABEAS CORPUS HAS BEEN FORWARDED TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS ON THE 7th DAY OF AUGUST, 2002.

Danny W Daniel
PETITIONER PRO-SE